UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SEAN KEVIN DANIELS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FNU BAKER; ROBERT TOOLE; ) <br> LARRY BREWTON; BRIAN OWENS; ) <br> BRUCE CHATMAN; FNU GORDON; ) <br> FNU JOHNSON; FNU KENNEDY; ) <br> FNU CRAPPS; LARRY WADE; ) <br> FNU SMITH; and FNU BRADY, ) <br> ) <br> Defendants. ) | 6:13-cv-79 |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 8, to which an objection has been filed. ECF No. 10. After a de novo review of the record, and after carefully considering Plaintiff's objection, the Court concurs with the Report and Recommendation, which is ***ADOPTED*** as the opinion of the Court. Plaintiff's complaint is ***DISMISSED***.

The 27 day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA