UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| SEAN KEVIN DANIELS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 6:13-cv-79 |
| FNU BAKER; ROBERT TOOLE; LARRY BREWTON; BRIAN OWENS; BRUCE CHATMAN; FNU GORDON; FNU JOHNSON; FNU KENNEDY; FNU CRAPPS; LARRY WADE; FNU SMITH; and FNU BRADY, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 8, to which an objection has been filed. ECF No. 10. After a de novo review of the record, and after carefully considering Plaintiff's objection, the Court concurs with the Report and Recommendation, which is *ADOPTED* as the opinion of the Court. Plaintiff's complaint is *DISMISSED*.

The 27 day of November, 2013

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA